# Court of Appeals
# of the State of Georgia

ATLANTA, August 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0551.  ANGELA BROWN v. KEITH BROWN.**

Upon consideration, Angela Brown's application for discretionary appeal is hereby DENIED.  Keith Brown's request for sanctions pursuant to Court of Appeals Rule 10 is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/09/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*